UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 10-465 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JOUSUEA JAMES WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:   False Statement on Passport Application; Aggravated Identity Theft

Date of Detention Hearing:   December 3, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant has a lengthy criminal record which includes warrant activity and failures to appear. He is associated with four dates of birth, five Social Security numbers, and at

least 17 alias names or name variations. He was not interviewed by Pretrial Services and much of his background information is not known or verified. The instant allegations relate to absconding from United States Probation supervision.

(2) Defendant does not contest detention.

(3) Defendant poses a risk of nonappearance based on lack of background information, association with multiple personal identifiers, a history of failure to appear, and the nature of the instant allegations. He poses a risk of danger due to criminal history.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01          counsel for the defendant, to the United States Marshal, and to the United States

02          Pretrial Services Officer.

03     DATED this 3rd day of December, 2010.

04

05                                                    _____
                                                      Mary Alice Theiler
06                                                    United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                    PAGE 3